FILED
2024 MAR 28 AM 10:04
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (#7349)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. PAUL NELSON JONES, Defendants. | Case No: 2:23-cr-00018-CW-2<br><br>FELONY INFORMATION<br><br>COUNT I – 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2<br>Possession of Methamphetamine with Intent to Distribute |
|---|---|

The United States Attorney charges:

### COUNT I
### 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2
### (Possession of Methamphetamine with Intent to Distribute)

On or about January 5, 2022, in the District of Utah,

PAUL NELSON JONES

the defendant herein, did knowingly and intentionally distribute fifty (50) grams or more

of a mixture or substance containing a detectable amount of Methamphetamine, a

Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; and did aid

and abet therein; all in violation of 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2; and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

Dated this 28th day of March 2024.

TRINA A. HIGGINS
United States Attorney


*/s/ Sam Pead*
SAM PEAD
Assistant United States Attorney